UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| DENNIS TOOLEY )<br>    Plaintiff )<br> )<br>    v. )<br> )<br>SAMIR LLC, )<br>    Defendant ) | Case No. 1:18-cv-01810-JRS-DLP |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, Samir LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully submitted,

By:/s/ Louis I. Mussman
Louis I. Mussman
Attorneys for Plaintiff,
Dennis Tooley
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

Respectfully submitted,

By: /s/Dustin D. Huddleston
Dustin D. Huddleston
Attorney for Defendant, Samir LLC
Attorney No. 26848-41
HUDDLESTON & HUDDLESTON
98 West Jefferson Street
P. O. Box 9
Franklin, IN  46131
Tel:  (317) 736-5121
Fax:  (317) 736-5137
Dustin@Huddlestonlaw.com

By: /s/ Eric C. Bohnet
Eric C. Bohnet
Attorney for Plaintiff, Dennis Tooley
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of filing to the following counsel of record:

Louis I. Mussman
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL  33029
Louis@Kumussman.com
Attorney for Plaintiff

Eric C. Bohnet
6617 Southern Cross Drive
Indianapolis, IN  46237
ebohnet@gmail.com
Attorney for Plaintiff

Dustin D. Huddleston
Dustin D. Huddleston
