UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| DENNIS TOOLEY ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:18-cv-01810-JRS-DLP |
| ) | |
| SAMIR LLC ) | |
|    Defendant ) | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

This matter came before the Court on the Parties' Stipulation of Dismissal with Prejudice, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

    SO ORDERED.

Date: 2/12/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF